UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD DOMGJONI,     Case No. 21-10111

      Plaintiffs,   Stephen J. Murphy, III
v.          United States District Judge

MENARDS, INC.,      Curtis Ivy, Jr.
          United States Magistrate Judge

      Defendant.
_____/

## NOTICE OF SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **MAY 19, 2022, AT 10:00 A.M., at 600 Church Street, Flint, Michigan, 48502,** before United States Magistrate Judge Curtis Ivy.   **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE**.

On or before MAY 12, 2022**,** the parties must submit concise confidential statements, no longer than five (5) pages, summarizing their respective position(s) on the case and the history of all settlement negotiations.  Each party's confidential statement should be sent to Chambers by mail, faxed directly to (810) 341-7854 or emailed to Kristen MacKay, Judge Ivy's Case Manager at kristen_mackay@mied.uscourts.gov.  **Do not file or place the confidential statement on the court docket**.

Date:   March 17, 2022